In re:                                                                  Case No. 13-02336-RNO
Steven W Rickard                                                        Chapter 11
Lori A Rickard
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRadginsk              Page 1 of 2              Date Rcvd: May 24, 2018
                               Form ID: 3180RI              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db/jdb         +Steven W Rickard,    Lori A Rickard,    173 Hammocks Landing Drive,    Ponte Vedra, FL 32081-0584
cr             +Americhoice FCU,    2175 Bumble Bee Hollow Road,    Mechanicsburg, PA 17055-5563
4310805        +AmeriChoice FCU,    20 Sporting Green Drive,    Mechanicsburg, PA 17050-2392
4318488         CHASE BABIES R US,    P.O. BOX 530938,    ATLANTA, GA 30353-0938
4331947        +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4310814         Ford Credit,    National Bankruptcy Service Center,    Dearborn, MI 48121
4318489        +KEYSTONE COLLECTION GROUP,    P.O. BOX 529,    IRWIN, PA 15642-0529
4318490        +LEHIGH VALLEY HOSPITAL,    1200 SOUTH CEDAR CREST BLVD,    ALLENTOWN, PA 18103-6248
4318492        +MATTHEW A. RICKARD,    614 SNYDERTOWN ROAD,    HOWARD, PA 16841-4004
4318493        +MELISSA PEDDIGREE,    1866 COUDERSPORT PIKE,    LOCK HAVEN, PA 17745-8376
4318494        +MICHAEL S. RICKARD,    806 BROOKMEADE COURT,    SALISBURY, MD 21804-7921
4318495        +MIDDLE PAXTON TWP,    TANYA POMEROY,    1140 VICTOR LANE,    DAUPHIN, PA 17018-9639
4310818        +PA Central Federal Credit Union,    959 E. Park Drive,    Harrisburg, PA 17111-2894
4316293        +PA Central Federal Credit Union,    959 East Park Drive,    Harrisburg, PA 17111-2894
4318496        +PENN STATE REHAB,    1135 OLD WEST CHOCOLATE AVE.,    HUMMELSTOWN, PA 17036-9188
4318497         PENNSYLVANIA DEPARTMENT OF REVENUE,    BUREAU OF COMPLIANCE,    DEPT 280946,
                 HARRISBURG, PA 17108-0946
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: nyrobankruptcy@sec.gov May 24 2018 18:52:57      Securities and Exchange Commission,
                 3 World Financial Center,    New York, NY 10281-1022
cr             +EDI: AISACG.COM May 24 2018 22:53:00      BMW Bank of North America, Inc,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              EDI: IRS.COM May 24 2018 22:53:00      Internal Revenue Service,    Office of Division Counsel,
                 1001 Liberty Avenue, Suite 601C,    Pittsburgh, PA 15222
4310804        +EDI: AMEREXPR.COM May 24 2018 22:53:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
4361027         EDI: BECKLEE.COM May 24 2018 22:53:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4359161         EDI: BECKLEE.COM May 24 2018 22:53:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4310806         EDI: BANKAMER.COM May 24 2018 22:53:00      Bank of America Visa,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
4310808         EDI: BMW.COM May 24 2018 22:53:00      BMW Financial Services,    Regional Service Center,
                 P.O. Box 3608,    Dublin, OH 43016-0306
4333212         EDI: BMW.COM May 24 2018 22:53:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin OH 43016
4315875        +EDI: AISACG.COM May 24 2018 22:53:00      BMW Financial Services NA, LLC,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
4310807         EDI: TSYS2.COM May 24 2018 22:53:00      Barclays Bank Delaware,    US Airways Mastercard,
                 P.O. Box 13337,    Philadelphia, PA 19101-3337
4375916        +E-mail/Text: bncmail@w-legal.com May 24 2018 18:53:00      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4310812        +E-mail/Text: bankruptcydesk@colonialsavings.com May 24 2018 18:53:03      CU Members Mortgage,
                 2626 West FRWY Building B,    Fort Worth, TX 76102-7109
4310809         E-mail/Text: bankruptcy@arvest.com May 24 2018 18:53:01      Central Mortgage Co.,
                 P.O. Box 8025,    Little Rock, AR 72203-8025
4450282        +E-mail/Text: bankruptcy@arvest.com May 24 2018 18:53:01      Central Mortgage Company,
                 801 John Barrow Road,    Suite 1 Little Rock, AR 72205-6511
4310810         EDI: CHASE.COM May 24 2018 22:53:00      Chase Visa,    Cardmember Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
4310811         EDI: SEARS.COM May 24 2018 22:53:00      Citibank - Sears Credit Cards,    P.O. Box 183082,
                 Columbus, OH 43218-3082
4461440        +E-mail/Text: bankruptcydesk@colonialsavings.com May 24 2018 18:53:03      Colonial Savings F.A.,
                 2626 West Freeway, Building B,    Fort Worth, TX 76102-7109
4313141         EDI: DISCOVER.COM May 24 2018 22:53:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
4310813         EDI: DISCOVER.COM May 24 2018 22:53:00      Discover Card,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
4368296         EDI: FORD.COM May 24 2018 22:53:00      Ford Motor Credit Company LLC,    Dept 55953,
                 P O Box 55000,    Detroit  MI  48255-0953
4353461         EDI: RMSC.COM May 24 2018 22:53:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4310815         E-mail/Text: bankruptcy@huntington.com May 24 2018 18:52:55      Huntington Bank,
                 P.O. Box 182519,    Columbus, OH 43218-2519
4312879        +E-mail/Text: bankruptcy@huntington.com May 24 2018 18:52:55      Huntington National Bank,
                 PO BOX 89424,    Cleveland, OH 44101-6424
4310817        +E-mail/Text: bk@lendingclub.com May 24 2018 18:53:05      Lending Club,    71 Stevenson St., #300,
                 San Francisco, CA 94105-2985
4333227         E-mail/Text: bankruptcynotices@psecu.com May 24 2018 18:53:08      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
4310819        +E-mail/Text: bankruptcynotices@psecu.com May 24 2018 18:53:08      PSECU,    1 Credit Union Place,
                 Harrisburg, PA 17110-2912
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4315310         EDI: RECOVERYCORP.COM May 24 2018 22:53:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4310820         EDI: TFSR.COM May 24 2018 22:53:00      Toyota Financial Services,   P.O. Box 8026,
                Cedar Rapids, IA 52409-8026
4337479         EDI: TFSR.COM May 24 2018 22:53:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
                                                                                               TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Internal Revenue Service,   PO Box 7346,   Philadelphia, PA   19101-7346
cr*            +BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 201347,
                Arlington, TX 76006-1347
4561602*       +BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 201347,
                Arlington, TX 76006-1347
4310816*        Internal Revenue Service,   PO BOX 628,   Bankruptcy Section,   Pittsburgh, PA 15230
                                                                                     TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Craig A. Diehl    on behalf of Debtor 2 Lori A Rickard cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              Craig A. Diehl    on behalf of Debtor 1 Steven W Rickard cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
              Darrell Charles Dethlefs    on behalf of Creditor    Americhoice FCU ddethlefs@aol.com
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              Jerome B Blank    on behalf of Creditor    Central Mortgage Company, pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Central Mortgage Company, pamb@fedphe.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    The Huntington National Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Tracy Lynn Updike    on behalf of Creditor    Pennsylvania Central Federal Credit Union
               tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 13
```

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Steven W Rickard** | Social Security number or ITIN xxx−xx−7770 |
| | First Name Middle Name Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 | **Lori A Rickard** | Social Security number or ITIN xxx−xx−3022 |
| (Spouse, if filing) | First Name Middle Name Last Name | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  Middle District of Pennsylvania

Case number:  1:13−bk−02336−RNO

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Steven W Rickard

Lori A Rickard

**By the court:**

May 24, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: PRadginsk, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**